# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LEE JACKSON,<br>    Plaintiff, | CV 19-3278 DSF (KSx) |
| v. | JUDGMENT |
| IDEAS SUBMISSION NIKE<br>INC., et al.,<br>    Defendants. | |

The Court having granted a motion to dismiss for failure to state a claim,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Date: October 10, 2019

_____
Dale S. Fischer
United States District Judge